UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-14034-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE GARCIA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Appropriateness of Counsel's CJA Voucher for Attorney's Fees [Voucher #FLS 09-1740] issued by United States Magistrate Judge Frank J. Lynch, JR, on April 23, 2010. The Report and Recommendations recommends to this Court, that CJA Voucher #FLS 09-1740 be Granted and that Mr. Johansson be awarded the sum of $14,866.50 as reasonable attorney's fees together with costs in the amount of $1,001.23, for a total sum of **$15,867.73.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, JR's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this _17_ day of May, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Frank J. Lynch, JR.
Omar F. Guerra Johansson, Esq
Lucy Lara, CJA Administrator